```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-13-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                         Plaintiff,

      -against-                             19-CR-828 (ALC)

ULYSESS BOYD,                          **ORDER**

                        Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    A Telephone Change of Plea Hearing is set for **April 22, 2021** at **10:30 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
           April 13, 2021

                                              */s/ Andrew L. Carter, Jr.*
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**