```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 7-26-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                               **ORDER**
                               19-CR-828 (ALC)

        -against-

Ulysess Boyd,
----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The sentencing set for August 5, 2021 is adjourned to **August 26, 2021** at **3:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       July 26, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**